EDWARD A. KING, PLAINTIFF-APPELLANT, v. HOWARD YEAGER, WARDEN NEW JERSEY STATE PRISON, DEFENDANT-RESPONDENT.

Argued March 2, 1964—Decided March 17, 1964.

*Mr. Samuel Kagel,* a member of the Pennsylvania Bar, argued the cause for plaintiff-appellant (*Mr. Ivan C. Bash,* attorney).

*Mr. Gregory J. Castano,* Assistant Prosecutor of Hudson County, argued the cause for defendant-respondent (*Mr. James A. Tumulty, Jr.,* Prosecutor, attorney).

The opinion of the court was delivered

PER CURIAM. The defendant appeals from the refusal of the Hudson County Court to issue a writ of *habeas corpus* and adjudicate the case on its merits.

The issues now raised are identical with the issues heretofore raised and adjudicated on appeal to this court. *State v. King,* 37 *N. J.* 285 (1962). The posing of these questions in pseudo-constitutional guise adds nothing new for consideration.

Affirmed.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.